**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF OKLAHOMA**

NORYURIMA NAILETTE GUTIERREZ MORENO,

Petitioner,

v.

WARDEN, DIAMONDBACK CORRECTIONAL FACILITY, *et al.*,

Respondents.

Case No. CIV-26-1000-D

**ORDER**

Petitioner Noryurima Nailette Gutierrez Moreno filed a Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241, [Doc. No. 1]. The matter was referred to United States Magistrate Judge Shon T. Erwin for initial proceedings in accordance with 28 U.S.C § 636(b)(1)(B) and (C). [Doc. No. 3]. Judge Erwin ordered the parties to provide necessary information, and Respondents filed a response. [Doc. Nos. 9–10].

On August 10, 2026, Respondents filed a notice informing the Court that Petitioner's asylum application had been granted. [Doc. No. 11]. Respondents submitted that "Petitioner is being processed for release which will render the Petition moot." *Id*. at pp. 1–2. An independent search shows Petitioner is no longer in Immigration and Customs Enforcement ("ICE") custody. *See* https://locator.ice.gov/odls/#/results (last visited Nov. 20, 2026). Petitioner's mail was also returned with "released" noted on the envelope. [Doc. No. 16].

On August 31, 2026, Judge Erwin issued a Report and Recommendation ("Report") recommending the Court dismiss as moot the Petition because the Petitioner was no longer

in the custody of ICE. [Doc. No. 15]. The case file shows no timely objection to the Report nor request for an extension of time, even though Petitioner was expressly informed of her right to object, the procedure for doing so, and the consequences of failing to object. Therefore, the Court finds that Petitioner has waived further review of all issues addressed in the Report. *See Moore v. United States*, 950 F.2d 656, 659 (10th Cir. 1991); *see also United States v. 2121 East 30th Street*, 73 F.3d 1057, 1060 (10th Cir. 1996). For the reasons explained by Judge Erwin in the Report, the Court finds this action should be dismissed as moot.

**IT IS THEREFORE ORDERED** that the Report [Doc. No. 15] is **ADOPTED**. This action is **DISMISSED AS MOOT**. A separate judgment of dismissal shall be entered.

**IT IS SO ORDERED** this 24th day of November, 2026.

TIMOTHY D. DeGIUSTI
UNITED STATES DISTRICT JUDGE